**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1699 |
| | Judge Charles R. Breyer |
| This document relates to: | |
| **THOMAS J. and NORMA MANN,** **Plaintiffs,** v. **PFIZER, INC.,** **Defendant.** | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. 06CV2011** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiffs and counsel for the Defendant that the Complaint of Plaintiffs Thomas J. and Norma Mann, Case No. 06CV2011 is hereby dismissed without prejudice:

1. Plaintiffs are Thomas J. and Norma Mann; defendant is Pfizer, Inc.;
2. On March 16, 2006, plaintiffs sued defendant;
3. Plaintiffs move to dismiss their claims against defendant;
4. Defendant has not answered these claims;
5. This case is not a class action;

6. A receiver has not been apointed to this action;

7. Plainitff has not dismissed an action based on or including the same claims as those present in this suit.

Respectfully submitted:

**SIMMONSCOOPER LLC**

Dated: May 9, 2006

Trent B. Miracle
707 Berkshire Boulevard
East Alton, IL 62024
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
tmiracle@simmonscooper.com

-and-

**HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES**
112 Madison Avenue
New York, NY 10017-1111
(212) 784-6400 (Tel.)
(212) 784-6420 (Fax)

*Attorneys for Plaintiffs*

**GORDON & REES**

Dated: May 16, 2006

Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)

*Defendant's Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: May 30, 2006

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

THE HONORABLE [illegible] R. BREYER
UNITED [illegible] JUDGE